LOUIS FENNING, Respondent, v. GEORGE LASKAS and MARGARET LASKAS,

Appellants.— Motion for reargument granted, and case set down for Tuesday, December 2, 1919. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.